IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| CLIFTON WILLIAMS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV 97-H-0784-W |
| ) | |
| WARDEN RALPH HOOKS, ) | |
| and THE ATTORNEY GENERAL OF THE ) | |
| STATE OF ALABAMA ) | |
| ) | |
| Respondents. ) | |

**ENTERED**

APR 1 6 1997

## ORDER

The petitioner in the above-styled cause, Clifton Williams, has submitted an application and declaration in support of his request to be allowed to proceed *in forma pauperis* in this action. His declaration indicates that he had $.07 in his prison account on the date the declaration was certified, however, he had an average balance of $ 114.10 for the six months preceding filing of this action. The Court concludes, therefore, that the petitioner is capable of paying the $5.00 filing fee.

The petitioner is hereby DIRECTED to pay the $5.00 filing fee. A check in the amount of $5.00, made payable to the "Clerk, United States District Court," must be forwarded to the Clerk of the Court within thirty (30) days from the date of this order or the petition will be dismissed **without further notice**.

The Clerk is DIRECTED to serve a copy of this Order upon the petitioner.

DONE this the 14th day of April, 1997.

PAUL W. GREENE
UNITED STATES MAGISTRATE JUDGE