FILED
1997 JUL -7 AM 9:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

CLIFTON WILLIAMS, )
)
         Petitioner )
)
vs. ) CASE NO. CV97-H-0784-W
)
WARDEN RALPH HOOKS and the )
ATTORNEY GENERAL OF THE )
STATE OF ALABAMA, )
)
         Respondents )

ENTERED
JUL - 7 1997

### ORDER OF DISMISSAL

       Clifton Williams, hereinafter referred to as petitioner, filed this *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. §§ 2254.

       On April 16, 1997, an order was entered requiring petitioner to pay the $5.00 filing fee within thirty (30) days from the date of entry of the order. The petitioner was advised that failure to comply with this order would result in the dismissal of this action for his failure to prosecute. The petitioner has failed to comply with the order in that he has failed to pay the filing fee or to explain non-payment within the allotted time. Accordingly, it is

       **ORDERED, ADJUDGED** and **DECREED** that the above entitled action be and the same is hereby **DISMISSED**.

       DONE this 7th day of July, 1997.

                                    JAMES H. HANCOCK
                                    SENIOR JUDGE